UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61090-CIV-SINGHAL

HOWARD MICHAEL CAPLAN,

     Plaintiff,

vs.

ALEX'S SHOP INC. and PEMBROKE
CROWN LLC,

     Defendants.

_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement (DE [11]) filed by Plaintiff and Defendant Pembroke Crown LLC.  Plaintiff and Defendant Pembroke Crown LLC provide notice to the Court that they have reached an agreement which will "resolve all the issues pertaining to this lawsuit" and note that Plaintiff will dismiss this action on or before November 5, 2024.  (DE [11]).  Defendant Alex's Shop Inc., presently unserved in this action, is not a signatory to the Joint Notice of Settlement, and it is unclear whether the Joint Notice is intended to extend to the claims against Defendant Alex's Shop Inc.  Even so, neither Defendant has served either an answer or a motion for summary judgment, so Plaintiff remains entitled to voluntarily dismiss this action as to both Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In light of the lack of clarity regarding the intended effect of the Joint Notice of Settlement on the claims against Defendant Alex's Shop Inc. and the absence of Defendant Alex's Shop Inc.'s signature on the Joint Notice, the present court deadlines that pertain to Defendant Alex's Shop Inc., namely Plaintiff's extended deadline by which

Plaintiff must effect service of process on Defendant Alex's Shop Inc., remain in place. As noted in the Court's Order at (DE [9]), Plaintiff shall serve Defendant Alex's Shop Inc. on or by October 21, 2024, or the Court will dismiss Defendant Alex's Shop Inc. from this action without prejudice.

As to Defendant Pembroke Crown LLC, the Court having carefully reviewed the file and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendant Pembroke Crown LLC **SHALL** be relieved from all pre-trial deadlines and hearings. Plaintiff shall file a stipulation of dismissal as to Defendant Pembroke Crown LLC on or by **November 5, 2024**. This case shall remain pending as to Defendant Alex's Shop Inc.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of October 2024.

_____

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

2