UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61090-CIV-SINGHAL

HOWARD MICHAEL CAPLAN,

Plaintiff,

v.

ALEX'S SHOP INC. and PEMBROKE CROWN
LLC,

Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal of Defendant Alex's Shop Inc. with Prejudice (DE [14]).  The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** as to Defendant Alex's Shop Inc. only.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 7th day of November 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF