UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61090-CIV-SINGHAL

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

ALEX'S SHOP INC. and PEMBROKE CROWN
LLC,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff and Defendant Pembroke Crown LLC.  (DE [15]).  The Court having reviewed the Stipulation of Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees except as provided by the parties' settlement agreement or those costs and fees incurred in enforcing the parties' settlement agreement. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of November 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF